United States District Court
Southern District of Texas
**ENTERED**
January 02, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TRON MADISE, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:23-CV-03777 |
| § | |
| HARRIS COUNTY, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is Defendants' Reply in Support of their Motion to Dismiss. Doc. #16. The Court finds that the Reply does not comply with Rule B.5(f) of this Court's Procedures and Practices. Specifically, absent leave of the Court for extended briefing, reply briefs must not exceed five (5) pages in length, including the case style, any table of contents or authorities, and signature block. Accordingly, it is hereby ORDERED that the Reply be STRICKEN from the record.

Defendants may refile their amended Reply in accordance with Rule B.5 within seven (7) days of the entry of this order.

It is so ORDERED.

_JAN 0 2 2024_  
Date

_____  
The Honorable Alfred H. Bennett  
United States District Judge