United States District Court
Southern District of Texas
**ENTERED**
February 09, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TRON MADISE, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:23-CV-03777 |
| § | |
| HARRIS COUNTY, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

In accordance with the Plaintiff's Notice of Voluntary Dismissal filed February 6, 2025 (Doc. #30), Plaintiff's claims against Defendants Alexis Limon, Xavier Fletcher, Moses Tyrell, Randy Wilkins, Luis Macias, and Derrick Adair are hereby DISMISSED without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

For clarity, Defendants Sheriff Ed Gonzalez and Harris County were dismissed with prejudice pursuant to the Court's Order on September 27, 2024. Doc. #24. Plaintiff's failure to intervene claims against Defendants Charles Ballard, Bryan Buccini, Paul Croas, Edmon Benavides, and Deputy A.Davis remain before the Court.

It is so ORDERED.

FEB 0 7 2025
Date

The Honorable Alfred H. Bennett
United States District Judge