# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

Tron Madise

v.  Case Number: 4:23−cv−03777

Harris County, et al.

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Alfred H Bennett

**PLACE:**
Courtroom 9A
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 5/9/2025

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Discovery Hearing

Date:   April 27, 2025

Nathan Ochsner, Clerk